IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN THE MATTER OF THE SEARCH OF        No. 2:11-MJ-548
                                      MAG. JUDGE DEAVERS
4874 Nieles Edge Drive
Columbus, OH 43232

## ORDER TO UNSEAL

The Government having moved to unseal certain documents and the Court being duly advised in the premises;

IT IS HEREBY ORDERED that said documents be unsealed.

                                                 s/ *Elizabeth Preston Deavers*
                                                 UNITED STATES MAGISTRATE JUDGE

DATE: July 9, 2012